UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANDY QUEZADA,<br><br>　　　　　　　　　Petitioner,<br>　　v.<br>CLARK COUNTY DETENTION CENTER,<br><br>　　　　　　　　　Respondents. | Case No. 2:23-cv-00653-ART-VCF<br><br>ORDER |

　　*Pro se* Petitioner Andy Quezada has filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. (ECF No. 1-1 ("Petition").) Quezada has not properly commenced this habeas action by either paying the standard $5.00 filing fee or filing an application for leave to proceed *in forma pauperis* ("IFP"). Pursuant to 28 U.S.C. § 1914(a) and the Judicial Conference Schedule of Fees, a $5.00 filing fee is required to initiate a habeas action in a federal district court. The court may authorize an indigent prisoner to begin a habeas action without paying the $5 fee if he or she submits an IFP application on the approved form and includes three specific documents: (a) the prisoner's financial declaration and acknowledgement showing an inability to prepay fees and costs, (b) a financial certificate signed by the prisoner and an authorized prison official, and (c) a copy of the prisoner's account statement for the six-month period prior to filing. 28 U.S.C. § 1915(a); LSR 1-1, LSR 1-2.

　　Quezada explains that he has "filled out and filed a payment of $5.00" but "compliance has not been a positive one from Clark County Detention Center." (ECF No. 1-1 at 9.) Quezada will have 45 days from the date of this order to pay the $5 filing fee or submit a complete IFP application with all required documentation.

　　It is therefore ordered that within 45 days of the date of this order, Quezada must file an IFP application that includes: (a) a financial certificate signed by

1

Quezada and an authorized prison official, (b) a financial declaration and acknowledgement signed by Quezada, and (c) a copy of Quezada's inmate account statement for the six-month period prior to filing. Alternatively, Quezada must pay the $5 filing fee within 45 days. If Petitioner decides to pay the filing fee from his inmate account, he must arrange to have a copy of this order attached to the check for the filing fee. Quezada's failure to timely comply with this Order will result in the dismissal of this action without prejudice and without further advance notice.

It is further ordered that the Clerk of Court send Quezada a blank copy of the IFP application form for inmates along with instructions and two copies of this order.

DATED THIS 1st day of May 2023.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE