UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANDY QUEZADA,<br><br>　　　　　　　Petitioner,<br>　v.<br>CLARK COUNTY DETENTION CENTER,<br><br>　　　　　　　Respondents. | Case No. 2:23-cv-00653-ART-VCF<br><br>ORDER |

*Pro se* Petitioner Andy Quezada filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. (ECF No. 1-1.) On May 1, 2023, this Court entered an order informing Quezada that he had not properly commenced this habeas action by either paying the standard $5.00 filing fee or filing an application for leave to proceed *in forma pauperis* ("IFP"). (ECF No. 3.) This Court gave Quezada 45 days to file an IFP application or pay the $5 filing fee. (*Id.*) Quezada was warned that "failure to comply . . . will result in the dismissal of this action without prejudice and without further advance notice." (*Id.* at 2.) That 45-day deadline expired on June 15, 2023. To date, Quezada has not filed an IFP application, paid the $5 filing fee, requested an extension of time, or taken any other action to prosecute this case.

It is therefore ordered that this action is **dismissed without prejudice** based on Petitioner Andy Quezada's failure to comply with the Court's May 1, 2023, order [ECF No. 3]. A certificate of appealability is denied, as jurists of reason would not find dismissal of the petition for the reasons stated herein to be debatable or wrong.

It is further ordered that the Clerk of Court (1) file the petition [ECF No. 1-1]; (2) add Nevada Attorney General Aaron D. Ford as counsel for Respondents[1];

---

[1] No response is required from Respondents other than to respond to any orders of a reviewing court.

(3) serve the Nevada Attorney General with the petition [ECF No. 1-1]; (4) electronically provide the Nevada Attorney General with this order and all other filings in this matter by sending a notice of electronic filing; and (5) enter final judgment and close this case.

DATED THIS 29th day of June 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE